**Order entered April 7, 2022**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-22-00058-CV

### FRISCO MEDICAL CENTER, L.L.P., ET AL., Appellants

### V.

### PAULA CHESTNUT, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07283

### ORDER

Before the Court is appellees' April 6, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **May 31, 2022**.[1]

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE

---

[1] The Court is closed on May 30, 2022 in observance of Memorial Day.